# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEVION KEITH ANDERSON,<br><br>Petitioner,<br><br>v.<br><br>KEN CLARK, Warden, California State Prison, Corcoran,<br><br>Respondent. | Case No. CV 17-08484-FMO (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: May 1, 2019

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge